*DANIEL J. RYLANDER, P.C*
*Attorney at Law*
2701 E. SPEEDWAY BLVD, SUITE 203
TUCSON, ARIZONA 85716
Office (520) 299-4922-Fax (520) 299-1482
Daniel J. Rylander
PAN# 4969 – ARIZ. Bar# 15279

**IN THE UNITED STATES COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL LEBRECK,<br><br>    Debtor, | CHAPTER 13<br><br>Case No. 4:19-01327-BMW<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

    PLEASE TAKE NOTICE that Daniel J. Rylander is representing Jennifer Rainey, a priority and secured creditor, in the above-captioned Chapter 13 Bankruptcy.

    Dated this 20th day of March, 2019.

                                      /s/Daniel J. Rylander
                                      Daniel J. Rylander AZ BAR# 15279
                                      DANIEL J. RYLANDER, P.C.
                                      Attorney for Creditor Jennifer Rainey

Original filed electronically with the Clerk of the Bankruptcy Court this 20th day of March, 2019.

Copy of the foregoing mailed on this 20th day of March, 2019, to the following:

Dianne C. Kerns
Chapter 13 Trustee
mail@dcktrustee.com

Catalyst Legal Group
1820 East Ray Road
Chandler, Arizona 85225


By: /s/Ada Ellingson
 Ada Ellingson, Paralegal to
 Daniel J. Rylander, P.C. Attorney
 At Law