*Daniel J. Rylander, P.C.*
*Attorney at Law*
2701 E. Speedway Blvd., Suite 203
Tucson, Arizona 85716
Office (520)299-4922-Fax (520)299-1482
Daniel J. Rylander
PCB#64969 – ARIZ. Bar#15279
Attorney for Movant

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>MICHAEL LEBRECK,<br><br>    Debtor,<br>_____<br>JENNIFER RAINEY,<br><br>    Movant,<br>VS.<br>MICHAEL LEBRECK,<br><br>    Respondent. | Chapter 13 Proceedings<br><br><br>Case No.: 4:19-bk-01327-BMW<br><br><br>CERTIFICATE OF MAILING |

STATE OF ARIZONA )

COUNTY OF PIMA )

    Ada Ellingson, being first duly sworn upon oath deposes and says:

        1.    That she is the legal assistant to Daniel J. Rylander attorney for Movant and has personal knowledge of the facts set forth herein.

2. That she caused to be mailed, by true and correct copies of the MOTION TO LIFT AUTOMATIC STAY which has been filed and copies of which are included with this Certificate of Mailing to the following entities and persons:

Jennifer Rainey
116 N Fremont Drive
Tucson, AZ 85719

Catalyst Legal Group, PLLC
1820 E Ray Rd
Chandler, AZ 85225
Attorneys for Debtor

Lisa McNorton
4400 E Broadway Blvd #602
Tucson, AZ 85711

Dianne C. Kerns
Chapter 13 Trustee
mail@dcktrustee.com

by regular mail, properly addressed with postage thereon fully prepaid, and deposited at United States Post Office in Tucson, Arizona on the date set forth below.

DATED THIS 20th day of August, 2019.

/s/Ada Ellingson
Ada Ellingson
Paralegal to Daniel J. Rylander

Original filed electronically
with the Clerk of the United
States Bankruptcy Court this 20th
day of August, 2019.